UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiffs<br><br>v.<br><br>MONDELEZ GLOBAL LLC, a Delaware limited liability company,<br><br>Defendant. | NO.   C21-01553-RSL<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Jeffrey Edward Bilanko, Steffanie Moxon Fain and Susan K. Kaplan of Carroll, Biddle & Bilanko, PLLC, attorneys for Defendant, Mondelez Global LLC, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this 25th day of January, 2022.

//

| | |
|---|---|
| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | CARROLL, BIDDLE & BILANKO, PLLC |
| | *Authorized to sign via 1/25/22 email* |
| s/Russell J. Reid<br>Russell J. Reid, WSBA #2560<br>100 West Harrison Street<br>North Tower, Suite 300<br>Seattle WA 98119<br>Telephone: (206) 285-0464<br>Email: rjr@rmbllaw.com | s/Steffanie M. Fain<br>Jeffrey E. Bilanko, WSBA #38829<br>Steffanie M. Fain, WSBA #42973<br>Susan K. Kaplan, WSBA #40985<br>1000 2nd Avenue, Suite 3100<br>Seattle WA 98104<br>Telephone: (206) 338-1526<br>Email: jbilanko@cbblegal.com<br>Email: sfain@cbblegal.com<br>Email: skaplan#cbblegal.com |
| Attorney for Plaintiff | Attorneys for Defendant |

### ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

Dated this 26th day of January, 2022.

Robert S. Lasnik
United States District Judge